HENRY PETER v. B. F. BLUE.

*Original Action in Quo Warranto.*

PETITION filed January 26, 1888; answer filed on February 25, following; amended answers filed on March 19 and May 23, thereafter; reply to amended answers filed on June 7, 1888. The opinion herein was filed on March 9, 1889.

*Hatton & Ruggles, H. C. Finch, W. S. Cade,* and *Crooker & Noftzger,* for plaintiff.

*S. S. Sisson, Finch & Finch,* and *Webb, Campbell & Spencer,* for defendant.

*Per Curiam:* The questions in this case are similar to those in the case of *Moss v. Patterson,* No. 5090, decided at this term; and under that authority the judgment will be rendered in favor of the plaintiff, Henry Peter.

It is therefore considered and adjudged that said Henry Peter have and recover against B. F. Blue his costs in this action, taxed at —— dollars; for which let execution issue.